ORIGINAL



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 06 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| Steven J. Bell )<br>   Claimant/Entitlement holder )<br>)<br>Vs. )<br>)<br>J.B. HUNT TRANSPORT, INC, et al )<br>   Respondent, )<br>Kirk Thompson )<br>   Respondent, )<br>Jerry Walton )<br>   Respondent, )<br>Jullie Durrough )<br>   Respondent, )<br>Danny Such )<br>   Respondent, )<br>Rich Riggins )<br>   Respondent, )<br>Dough Stewart )<br>   Respondent, )<br>) | MISC. FILE NO.<br><br>1:12-MI-0012 |

### NOTARIAL NOTICE OF FOREIGN JUDGMENT
### FOR AND ON THE PUBLIC RECORD

I, Judith Olsen, pursuant to my duties as a Notary, at the request of Claimant, executed the enclosed Notice of Affidavit(s) of Default, and give public notice thereof by this public filing.

NOTICE: My services as a Notary does not create an adhesion to or alter the status of these documents.

Signature: _____   Date: 2/5/2012

Seal: [Judith Olsen Notary Public seal]

# DUE PRESENTMENT UNDER NOTARY SEAL
# CERTIFICATE OF NON-PERFORMANCE/DISHONOR
NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL
Silence is Acquiescence, Agreement, and Dishonor
**This is a self-executing contract**
[28 U.S.C. §1333, §1337, §2461 and §2463]
## NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ab initio
## ADMINISTRATIVE REMEDY

**From:** Perry Langham, Notary Public
504 Dinge Bay Dr.
Round Rock, Texas 78664

**To:** KIRK THOMPSON, PRESIDENT & C.E.O
J.B. HUNT TRANSPORTATION, INC
615 J.B.HUNT CORPORATE DRIVE
LOWELL, ARKANSAS 72745

RE: FILE # 19JBHUCT

**Service:** USPS Certified Return Receipt No. 7009 0080 0002 0533 6948,
Notary's Certificate of Service

Dear KIRK THOMPSON, JERRY WALTON, JULLIE DURROUGH, WESLEY GRIFFIN

Pursuant to Texas Statutes governing the office of Notaries and their powers and limitations and the International, US, UCC, Texas Business and Commercial Articles and Sections §§ 3-501, 3-502, 3-503, 3-504, 3-505, 1-307, **due presentment** is hereby made of:
**CERTIFICATE OF DISHONOR** (certified mail #7009 0080 0002 0533 6948)
with all documents listed on the attached Certificate of Service

with the steven j bell request for payment of the full value of the SETTLEMENT $14,414,520.00 within three (3) business days of presentment, and exhibit to the maker a cashiers check, money order, Statement of Account, US functional Currency or other comparable settlement statement reflecting the payment indicating repayment of the Money (Trust assets) so it is **received by the undersigned notary public at the address noted above** no later than three (3) business days beyond the postmark of the presentment. steven j bell has requested presentment of this NOTICE OF CERTIFICATE OF NON-PERFORMANCE/DISHONOR. Non-performance will be certified in accord with International, US, UCC, Texas Business and Commercial Articles and Sections §§ 3-508, 3-509, 3-510, 1-202. Evidence of such shall be certified by the public official noted below. This demand for payment of the above referenced account is applicable to all successors and assigns of J.B. HUNT TRANSPORTATION, INC.

Failure to fulfill the request within the respective deadlines will be certified for evidentiary purposes.

Thank you kindly for your attention.

WITNESS my hand and official seal.

*Perry Langham*                              10-21-09
Perry Langham, NOTARY PUBLIC                 DATE
**Void where prohibited by law**

My commission expires: January 10, 2012

[Note: Notary Public PERRY LANGHAM is not an attorney licensed to practice law in the state of Texas and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. PERRY LANGHAM is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties.]

# CERTIFICATE OF NON-PERFORMANCE / DISHONOR

STATE OF GEORGIA COUNTY OF GWINNETT } SS

**PRESENTMENT**   Be it known, that, the person signing below, a duly empowered Notary, at the request of Steven J. Bell care of PERRY LANGHAM, 504 DINGE BAY DR., ROUND ROCK, TEXAS 78664, did duly present on or about 6/21/09 th attached Payment Document and sundry documents per Notary Certificate of Service as listed below, dated 06/19/09 und Certified Mail No. Certified mail #70081140000303388152 to CSC OF GWINNETT COUNTY, INC, d/b/a Registered agen J.B.HUNT TRANSPORTATION, INC et al, 40 TECHNOLOGY PKWY S #300, NORCROSS, GA 30092 for issue credit to accour known as Case#19.JBHUCT, signed by Steven J. Bell, the time limit having elapsed for acceptance thereof and providin clarification of settlement and closure, which was refused.

**NON-PERFORMANCE**   Whereupon, the Notary signing below, for the reason of dishonor by non-performance under Texa Business and Commerce Code Section 3.505(b), does publicly and solemnly certify the dishonor as against all parties it ma concern for liability equivalent to the face value of the instrument, and all costs, damages and interest incurred, or hereafte incurred, by reason of nonperformance thereof and stipulations therein.

**NOTICE**   The undersigned Notary certifies that on 10-23-09, Notice(s) of Dishonor were sent to the parties noted below by depositing in a depository of the United States Postal Service within the State indicated herein a sealed envelope containing said Notice(s) directed to the respective persons at the last known corresponding address noted below:

**NAME**   **ADDRESS**

KIRK THOMPSON, PRES. & C.E.O 615 J.B. HUNT CORPORATE DRIVE, LOWELL, ARKANSAS 72745

Certified mail # 7009 0080 0002 0533 6948

## CERTIFICATION OF DUE PRESENTMENT OF NOTICE UNDER NOTARY SEAL

| | |
|---|---|
| Date of Presentment: | JUNE 21ST 2009 |
| Notice Presented Under Seal: | PRESENTMENT UNDER NOTARY SEAL<br>CERTIFICATE OF MAILING<br>NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY / DEMAND FOR PAYMENT<br>NOTICE OF DEFAULT<br>COMMERCIAL OATH AND VERIFICATION<br>STATEMENT OF FACTS<br>ADMITTED ANSWERS TO INQUIRIES<br>DUE PRESENTMENT UNDER NOTARY SEAL<br>NOTICE OF SETTLEMENT/ DEMAND FOR PAYMENT OPPORTUNITY TO CURE<br>PROPOSED CERTIFICATE OF NON-PERFORMANCE / DISHONOR<br>VARIOUS & SUNDRY DOCUMENTS LISTED ON CERTIFICATE OF MAILING |
| Notary's Certification: | The above-noted parties were presented notice under notary seal that certification of non-performance within ten (10) days of postmark woul comprise their confession of default and the admission of status as holder in due course, the time having elapsed for performance thereo which was refused. |

**TESTIMONY**   In testimony of the above, I have signed my name under notary seal

*Perry Langham*   10-21-09
Perry Langham, Notary   Date
Void where prohibited by law

## JURAT

State of Texas, County of Williamson }
Sworn to and subscribed before me on the 21th day of October, 2009 by Perry Langham.

*Ladora L. Claiborne*
NOTARY PUBLIC

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on or about 10-23-09, the undersigned Notary Public mailed to:

KIRK THOMPSON, PRESIDENT & C.E.O
J.B. HUNT TRANSPORTATION, INC
615 J.B. HUNT CORPORATE DRIVE
LOWELL, ARKANSAS 72745

hereinafter, "Recipient," the documents and sundry papers pertaining to a certain FILE #19JBHUCT regarding steven j bell as follows:

1. Due Presentment Under Notary Seal, Notice of International Commercial Claim Within the Admiralty CERTIFIED RECEIPT #7008 1140 0003 0338 8152
2. Notice of Default/Settlement
3. Commercial Oath and Verification
4. Statement of Facts
5. Certificate of NON-PERFORMANCE/ DISHONOR
6. Copy of INDEMNITY BOND NO. SJBIB19/ RR 660 649 386 US
6. Reference Notary's Certificate of Service-Original on file

By Certified Mail No. Certified mail #7009 0080 0002 0533 6948 / by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Texas.

_Perry Langham_                                    10-21-09
Perry Langham, NOTARY PUBLIC                       DATE
**Void where prohibited by law**
My commission expires: January 10, 2012

Perry Langham, Notary Public,
504 Dinge Bay Dr.
Round Rock, Texas 78664

[Note: Notary Public PERRY LANGHAM is not an attorney licensed to practice law in the state of Texas and has not given legal advice or accepted fees for legal advice; provided no assistance in the preparation of the above referenced documents, and has no interest in any issue referenced therein. PERRY LANGHAM is NOT a party to this action and is ONLY acting in an authorized capacity as liaison to communications between the parties.]

Jurat

State of Texas       }
County of Williamson }
Sworn to & Subscribed before me this 21th day of October, 2009 by Perry Langham.

_Ladona L. Claiborne_
Notary Public Signature

# EVIDENCE OF SERVICE

Copy of receipts for: ☐ United States Registered Mail  ☒ United States Certified Mail  ☐ Return Receipt Requested

```
U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

SJB   Postage    $
      Certified Fee
      Return Receipt Fee
      (Endorsement Required)
      Restricted Delivery Fee
      (Endorsement Required)
                                 ROUND ROCK
                                 OCT 21 09

Total Postage & Fees  $

Sent To: KIRK Thompson Pres. CEO
Street, Apt. No.;
or PO Box No. 615 J.B. Hunt Corporate Drive
City, State, ZIP+4 Lowell, Arkansas 72745
```

7009 0080 0002 0533 6948

## Track & Confirm

### Search Results

Label/Receipt Number: 7009 0080 0002 0533 6948
Service(s): Certified Mail™
Status: Delivered

Your item was delivered at 8:16 AM on October 26, 2009 in LOWELL, AR 72745.

---

State of Texas } County of Travis } SS:  **COPY CERTIFICATION**

On this date, Oct 30, 2009, I the undersigned Notary Public, being commissioned in this state and county, certify that this document, and any duplicate retained by me as a notarial record, are true, exact, complete, and unaltered photocopies made by me.
I am not a party to this action and am ONLY acting as a liaison to communications between the parties.

WITNESS my hand and official seal:

_Perry Langham_
NOTARY PUBLIC
My commission expires: January 10, 2012

Certificate of Non-Response
Affidavit

I, <u>Perry Langham</u>, a notary public residing in Travis county, Texas,

do say that as of <u>OCTOBER 31</u>, 2009, that there has not been any written

response to CERTIFICATE OF NON-PERFORMANCE/DISHONOR by Steven J. Bell,

from Notary Acceptor, sent with Certified Mail Return

Receipt,#7009 0080 0002 0533 6948, and delivered October 26, 2009

to KIRK THOMPSON PRESIDENT & C.E.O of J.B HUNT
    TRANSPORTATION INC.
    615 J.B.HUNT CORPORATE DRIVE
    LOWELL, ARKANSAS 72745.

*Perry Langham*    10-31-09
NOTARY WITNESS   Perry Langham


Jurat
State of Texas} County of Williamson}
Sworn to & Subscribed before me this date by Perry Langham.

*Gerald W. Brawley*
Notary Public Signature

GERALD WESLEY BRAWLEY
Notary Public, State of Texas
My Commission Expires
NOV. 27, 2010